BEFORE THE SECOND DIVISION, JUNE 10, 1968

**No. P68/261.**—Goodman & Weinberg et al. *v.* United States, protests 66/8572, etc. (New York).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of water repellent twill backed velveteens similar in all material respects to those the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiffs was sustained.

**No. P68/262.**—Seedman International Corp. et al. *v.* United States, protests 64/13648, etc. (New York).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rubber bulb horns similar in all material repects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JUNE 11, 1968

**No. P68/263.**—Dohrmann Commercial Co. and Harper, Robinson & Co. *v.* United States, protest 61/20563 (San Francisco).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of knives similar in all material respects to those the subject of *National Carloading Corp.* v. *United States* (54 Cust. Ct. 178, C.D. 2529), the claim of the plaintiffs was sustained.